IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-CR-03151-1-BCW |
| | ) | |
| SHAWN O. BELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation denying Defendant's Motion to Quash Search Warrant and Suppress Evidence. (Doc. #54). On July 31, 2023, an evidentiary hearing was held (Doc. #35). The parties also filed supplemental briefing post-hearing as ordered by Magistrate Judge Rush. (Docs. #46 & #47). On December 15, 2023, Magistrate Judge Rush issued a Report and Recommendation. (Doc. #54). No objections to the Report and Recommendation were filed. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #54), Defendant's Motion to Quash Search Warrant and Suppress Evidence (Doc. #24) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation are to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: February 13, 2024  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT