IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-CR-03151-1-BCW |
| ) | |
| SHAWN O. BELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation granting Defendant's motion to dismiss the indictment for Speedy Trial Act Violation. (Doc. #67). No objections to the Report and Recommendation were filed. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #67), Defendant's motion to dismiss the indictment for Speedy Trial Act Violation (Doc. #58) is GRANTED and the Indictment is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED Defendant shall be released from the Greene County, Missouri jail subject to any other wants or warrants in other jurisdictions.

ORDERED that Magistrate Judge Rush's Report and Recommendation are to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: May 21, 2024           /s/ Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT